1

2

3

4

5

6

7

8

9

10

11

12

13

14

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENAZ DUMAH PARKER,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES A. YATES, et al.,<br><br>      Defendants. | Case No.  1:11-cv-00802-SAB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF NO. 22) |

15

16

17

18

19

20

     On September 18, 2013, Plaintiff Kenaz Dumah Parker filed a request to withdraw his complaint.  The Court construes this as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  Id.

21

22

     Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on September 18, 2013.

23

24

IT IS SO ORDERED.

25

26

   Dated:   **September 18, 2013**

                UNITED STATES MAGISTRATE JUDGE

27

28

1